Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED '24 OCT 01 AM10:51 MDGA-COL

# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

_____Columbus\_\_ Division

| | |
|---|---|
| Marion Bass<br>108 21st ST Apt 2105<br>Columbus, GA 31901<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>Mason Drive Apartments, Tusk Equity Partners LLC, Dasmen Residential LLC, VCORP AGENT SERVICES, INC.<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ✔ Yes   ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Marion Bass
Address: 108 21st ST Apt 2105
City: Columbus  State: GA  Zip Code: 31901
County: Muscogee
Telephone Number: 706-442-0096
E-Mail Address: mariondbass72@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Mason Drive Apartments
Job or Title (if known): former landlord
Address: 26 Mason Drive
City: Columbus  State: GA  Zip Code: 31903
County: Muscogee
Telephone Number: 762-395-0760
E-Mail Address (if known):

[ ] Individual capacity   [✔] Official capacity

Defendant No. 2
Name: Tusk Equity Partners LLC
Job or Title (if known): OWNER/Management of Mason Drive Apartments
Address: 135 Rockway Turnpike Suite 105
City: Lawrence  State: NY  Zip Code: 11559
County: Nassau County
Telephone Number: 516-430-5991
E-Mail Address (if known):

[ ] Individual capacity   [✔] Official capacity

Defendant No. 3

Name: Dasmen Residential LLC

Job or Title (if known): OWNER/Management of Mason Drive Apartments

Address: 581 Franklin Turnpike

| Ramsey | NY | 07446 |
|---|---|---|
| City | State | Zip Code |

County: Bergen

Telephone Number: 888-583-3212

E-Mail Address (if known):

[ ] Individual capacity    [✔] Official capacity

Defendant No. 4

Name: VCORP Agent Services, INC.

Job or Title (if known): Registered Agent of Mason Drive Apartments

Address: 289 Culver ST

| Lawrenceville | GA | 30046 |
|---|---|---|
| City | State | Zip Code |

County: Gwinnett

Telephone Number:

E-Mail Address (if known):

[ ] Individual capacity    [✔] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? The Middle District of Georgia is a appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events giving rise to this claim occurred.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
LANDLORD AND TENANT
44-7-35(c)
Any landlord who fails to return any part of a security deposit which is required to be returned to a tenant pursuant to this article shall be liable to the tenant in the amount of three times the sum improperly withheld plus reasonable attorney's fees; provided, however, that the landlord shall be liable only for the sum erroneously withheld if the landlord shows by the preponderance of the evidence that the

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

I became Disabled so I had to moved to a Handicap accessible unit by Housing Authority which was approved. I been in and out of the hospital for a while. Mason Drive Apartments has withheld my Security Deposit, Dasmen Residential LLC and Tusk Equity Partners LLC are listed owners and VCorp Agent Services, Inc. is the Registered agent, I took them to Court and I was Granted a Judgement but they refuse to pay, matter of fact they want even respond to calls, letter or walk-ins. Housing Authority

B. What date and approximate time did the events giving rise to your claim(s) occur?

3/16/23 to present

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Mason Drive Apartments,Dasmen Residential LLC,Tusk Equity Partners LLC,VCorp Agent Services, Inc. manage Joseph Dennis gave me a move out letter on 3/20/23 stating the unit was in good condition and it would not be any charges, and he told me my Security Deposit would be in 30 days. He asked me to text him my new address so he can mail it to me if I'm not feeling well, On 4/2023 I went to the Marathon Apartments to talk about my Security Deposit, Joseph call his Supervisor in Florida and he said he would take care of me. On 5/12/23 early that morning I gave them a letter for a intent to file a claim. Around 2PM Terri Begg emailing me about a $34.15 account balance. My caseworker sent her HUD payment Sheet with the managers statement of my payments. I got all texts and emails for court; No one ever called me about this situation ever.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Emotional Distress
Humiliation
Depression
Anxiety
Inconvenience
Apprehension
Embarrassment
Indignity
Anger

National Alliance Of Mental Illness(NAMI)

Group Meetings
Support Members
Case Management
Helpline

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am seeking a declaration that acts and omissions described herein violate od rights under the Constitution and laws of the United States, and I am seeking Compensatory damages in the amount of $1,000,000.00, Jointly or Separately. I am seeking Punitive Damages in the amount of $1,000,000.00 Jointly or Separately. I am seeking a Jury trial on all issues, and any additional relief this court deem just, proper, and equitable.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/01/2024

Signature of Plaintiff: *Marion Bass*

Printed Name of Plaintiff: Marion Bass

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

City        State        Zip Code

Telephone Number:
E-mail Address: