IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

MARION BASS, *

    Plaintiff, *

v.    Case No. 4:24-cv-135 (CDL)

        *

MASON DRIVE APARTMENTS, *et al*.,

        *

    Defendants.

        *

## **J U D G M E N T**

Pursuant to this Court's Order dated March 31st, 2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 1st day of April 2025.

        David W. Bunt, Clerk

        s/ Timothy L. Frost, Deputy Clerk