UNITED STATES COURT OF APPEALS

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE COURT OF GEORGIA

COLUMBUS DIVISION

Marion Bass

Plaintiff–Appellant,

v.

Mason Drive Apartments, et al,,

Defendant–Appellee.

Appeal from the United States District Court

for the Middle District of Georgia

Case No. 4:24-cv-135-CDL-AGH

The Honorable Clay D. Land, District Judge

BRIEF FOR THE APPELLANT

Marion Bass

3320 N. Lumpkin Rd. Apt 312

Columbus, GA 31903

706-442-0096

mariondbass72@gmail.com

Pro Se

TABLE OF CONTENTS

Jurisdictional Statement

Statement of the Issues

Statement of the Case

Summary of the Argument

Argument

Conclusion

Certificate of Compliance

Certificate of Service

1. JURISDICTIONAL STATEMENT

The district court had jurisdiction under 28 U.S.C. § 1331 because this case involves a federal question. The Court of Appeals has jurisdiction under 28 U.S.C. § 1291, as this is an appeal from a final judgment entered on 03/31/2025.

2. STATEMENT OF THE ISSUES

Plaintiff respectfully suggests that the Court would benefit from hearing counsel explain certain details that may shed further light upon the evidence presented at trial. Tone, inflection, and other information gleaned from having heard the witnesses testify are lost in the cold record, and some further elucidation beyond that contained in the written briefs would benefit the Court in these proceedings. Plaintiff seeks a reversal of the trial court based upon the application of the facts in this case to the law in addition to legal errors committed by the trial court, and it is an understanding of the nuances in the facts of this matter that oral argument would benefit.whether the district court erred in granting summary judgment despite genuine issues of material fact. Whether the court applied the incorrect legal standard to discrimanation and unfairness of withholding Security Deposit even when the Court order them to pay.

## 3. STATEMENT OF THE CASE

This case arises from a dispute involving discrimination 42 U.S.C. 3631 and 44-7-35(c). The district court granted summary judgment in favor of Appellee on 04/01/2025, dismissing all of Appellant's claims. This appeal follows.

## 4. SUMMARY OF THE ARGUMENT

The district court erred by granting summary judgment because it failed to view the facts in the light most favorable to the non-moving party and improperly weighed evidence. The court also misapplied the legal standard governing 42 U.S.C. 3631 and 44-7-35(c).

## 5. ARGUMENT

This Court reviews a district court's grant of summary judgment de novo. See Anderson v. Liberty Lobby, Inc., 477 U.S. 242 (1986).

A. 42 U.S.C. 3631 - Section 3631 makes it unlawful for an individual to use force or threaten to use force to injure, intimidate, or interfere with, or attempt to injure, intimidate, or interfere with, any person's housing rights because of that person's race, color, religion, sex, handicap, familial status or national origin.

B. 44-7-35(c) - Any landlord who fails to return any part of a security deposit which is required to be returned to a tenant pursuant to this article shall be liable to the tenant in the amount of three times the sum improperly withheld, plus reasonable attorney's fees; provided, however, that the landlord shall be liable only for the sum erroneously withheld if the landlord shows by the preponderance of the evidence that the withholding was not intentional and resulted from a bona fide error which occurred in spite of the existence of procedures reasonably designed to avoid such errors.

## 6. CONCLUSION

For the reasons stated above, the Appellant respectfully requests that this Court reverse the district court's judgment and remand for further proceedings.

## 7. CERTIFICATE OF COMPLIANCE

This document complies with the typeface requirements of FRAP 32(a)(5) and the type-style requirements of FRAP 32(a)(6).

## 8. CERTIFICATE OF SERVICE

I certify that on 04/23/2025, I served a copy of this Brief on Mason Drive Apartments via mail

Marion Bass

United States District Court
Southern District of Georgia

# COLUMBUS

Division

| | |
|---|---|
| MARION BASS | ) |
| Plaintiff | ) |
| | ) Case No 4:24-cv-135-CDL-AGH |
| v | ) |
| MASON DRIVE APARTMENTS | ) |
| Defendant | ) |
| | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of ~~Electronic Filing ("NEF")~~ Hand delivered which was generated as a result of electronic filing.

Submitted this __23__ day of __APRIL__, __2025__

By s/ *Marion Bass*
Attorney Name
Address

Notary: *Andrea Downing*
Date 4/23/25

[Notary Seal: ANDREA DOWNING, NOTARY PUBLIC, MUSCOGEE COUNTY, GEORGIA, MY COMMISSION EXPIRES MARCH 09, 2029]