IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| MARION BASS, | * |
| Plaintiff, | * |
| vs. | * |
| MASON DRIVE APARTMENTS, *et al.*, | *   CASE NO. 4:24-cv-135-CDL-AGH |
| Defendants. | * |
| | * |

O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on August 7, 2025. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 2nd day of September, 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA